IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-03407-BNB
(**The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.**)

CHARLES ROBERT HARRIS,

    Plaintiff,

v.

D. BARKEBILE, Warden, ADX, Florence U.S.P.,

    Defendant.

## ORDER DIRECTING PLAINTIFF TO CURE DEFICIENCIES

Plaintiff, Charles Robert Harris, is a prisoner in the custody of the Federal Bureau of Prisons who currently is incarcerated at USP Florence ADMAX in Florence, Colorado. On December 17, 2013, Mr. Harris, acting *pro se*, initiated this action by filing a complaint that challenges his conditions of confinement and alleges violations of his civil rights.

As part of the Court's review pursuant to D.C.COLO.LCivR 8.1, the Court has determined that the submitted document is deficient as described in this Order. Plaintiff will be directed to cure the following if he wishes to pursue his claims in this Court in this action. Any papers that Plaintiff files in response to this Order must include the civil action number noted above in the caption of this Order.

**28 U.S.C. § 1915 Motion and Affidavit**:
(1)   _X_   is not submitted (must use Court-approved form revised 10-1-12)
(2)   _X_   is missing affidavit

(3)   _X_   is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)   ___   is missing certificate showing current balance in prison account
(5)   _X_   is missing authorization to calculate and disburse filing fee payments
(6)   ___   is missing an original signature by the prisoner
(7)   ___   other:

**Complaint, Petition or Application**:
(8)   ___   is not submitted
(9)   _X_   is not on proper form (must use Court-approved form)
(10)   ___   is missing an original signature by the prisoner
(11)   ___   is missing page nos. ___
(12)   ___   uses et al. instead of listing all parties in caption
(13)   ___   names in caption do not match names in text
(14)   ___   other:

Accordingly, it is

ORDERED that Plaintiff cure the deficiencies designated above **within thirty days** from the date of this Order. Any papers that Plaintiff files in response to this Order must include the civil action number on this Order. It is

FURTHER ORDERED that the Plaintiff shall obtain the Court-approved Prisoner Complaint form and Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 form (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov. It is

FURTHER ORDERED that if Plaintiff fails to cure the designated deficiencies **within thirty days from the date of this Order** the complaint and the action will be dismissed without further notice.

DATED: December 18, 2013, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge